# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LUIS FRANCISCO ABRAMS<br><br>                Defendant. | CR NO: 1:21-CR-00069-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: LUIS FRANCISCO ABRAMS
Detained at: Fresno County Jail
Detainee is:   a.)  ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                          charging detainee with: 18 U.S.C. § 922(g)(1), § 924(c); 21 U.S.C. § 841(a)(1)
   or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
   or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 12, 2021, at 2:00 PM in the Eastern District of California.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **April 12, 2021, at 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/9/2021

*Sheila K. Oberto* (signature)
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2113299 | DOB: | 03/21/1976 |
| Facility Address: | Fresno County Sheriff | Race: | HISPANIC |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
                      (signature)