HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, SBN #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUIS FRANCISCO ABRAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00069-ADA-BAM |
| Plaintiff, | **ORDER FOR RELEASE OF MEDICAL RECORDS** |
| vs. | |
| LUIS FRANCISCO ABRAMS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Fresno County Jail, Tulare County Jail, and/or their medical providers shall release to defense counsel, Assistant Federal Defender Christina M. Corcoran, medical records for Luis Francisco Abrams (Fresno County Person ID 1756512) (Tulare County Jail FID 11241920) (USMS # 31801-509), from August 18, 2021 through the present.  These records shall be produced to defense counsel by e-mail, forthwith, at christina_corcoran@fd.org, **by no later than Wednesday December 6, 2022.**  If e-mail is not possible, representatives of the custodian of records will reach out to defense counsel to make alternative arrangements for delivery of the records.

Defense counsel will review the medical records and shall produce all relevant records to the government within 24 hours.  Defense counsel may withhold any documents unrelated to the condition at issue (Mr. Abrams' hernia and the associated treatment and medication).  Upon the production of records to the government, defense counsel shall generally describe any withheld

records so that the government may determine if they will request a court order for additional disclosure of records.

IT IS SO ORDERED.

Dated: **November 30, 2022**      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE