PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>LUIS FRANCISCO ABRAMS,<br><br>              Defendant. | CASE NO. 1:21-CR-00069-ADA-BAM<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE<br><br>DATE: January 25, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe. |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status conference on January 25, 2023, and time under the Speedy Trial Act was excluded from November 9, 2022 through January 25, 2023, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the status conference be vacated and a trial date be scheduled on December 12, 2023, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for November 27, 2023.  This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.  The defendant moves to exclude time from January 25, 2023, through December 12, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties stipulate and request that the Court make the following findings:

      a)      The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

      b)      Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

      c)      Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

      d)      Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of January 25, 2023, through December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  January 19, 2023                            PHILLIP A. TALBERT
                                                          United States Attorney

                                                          /s/ ANTONIO J. PATACA
                                                          ANTONIO J. PATACA
                                                           Assistant United States Attorney

| | |
|---|---|
| Dated:  January 19, 2023 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>LUIS FRANCISCO ABRAMS, |

### ORDER

IT IS SO ORDERED that the status conference set for January 25, 2023, is vacated. A jury trial is set for **December 12, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **3-4 days**. A trial confirmation is set for **November 27, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Should the parties desire that the Court conduct a status conference at any time before the trial confirmation, they may contact Courtroom Deputy Esther Valdez to arrange a conference.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **January 19, 2023** | /s/ *Barbara A. McAuliffe*<br>UNITED STATES MAGISTRATE JUDGE |