PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00069-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING |
| v. | |
| LUIS FRANCISCO ABRAMS, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on December 12, 2023.

2. The United States and defendant request that the Court vacate the current trial confirmation, trial date, and set this matter for a change of plea hearing on October 23, 2023. No exclusion of time is necessary as time was previously excluded up to and including December 12, 2023.

IT IS SO STIPULATED.

Dated: October 3, 2023                        PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ ANTONIO J. PATACA
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney

| | |
|---|---|
| Dated: October 3, 2023 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>LUIS FRANCISCO ABRAMS, |

IT IS SO ORDERED.

Dated:   October 4, 2023

_____
UNITED STATES DISTRICT JUDGE