PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00069-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| LUIS FRANCISCO ABRAMS, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 20, 2024.

2. The United States and defendant request that the Court continue the sentencing hearing to July 29, 2024. No exclusion of time is necessary as this matter is set for sentencing.

IT IS SO STIPULATED.

Dated: May 15, 2024              PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ ANTONIO J. PATACA
                                 ANTONIO J. PATACA
                                 Assistant United States Attorney

STIPULATION                           1

Dated: May 15, 2024

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
LUIS FRANCISCO ABRAMS,

### **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 16, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE